UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY ROBINSON COLOP SALANIC, <br><br> Petitioner, <br><br> v. <br><br> JEFFERSON B. SESSIONS, et al., <br><br> Respondents. | Case No. C17-809-RSL <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.
2. The Government's motion to dismiss, Dkt. 4, is **GRANTED**.
3. Petitioner's habeas petition is **DENIED** as moot.
4. This action is **DISMISSED** without prejudice.
5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 5th day of September, 2017.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 1